UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JULIE MOBLEY                                                               PLAINTIFF

V.                             NO. 3:19-CV-00198-JTR

ANDREW SAUL, Commissioner
of Social Security Administration                                          DEFENDANT

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time to file an appellate brief.

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 11*) is GRANTED. The Court's Scheduling Order (*doc. 10*) is modified to provide that Plaintiff's appeal brief is due December 17, 2019. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 5th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE