UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JULIE MOBLEY**                                                     **PLAINTIFF**

**V.**                     **NO. 3:19CV00198-JTR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**        **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 29th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE